■ SHIRLEY A. COOK et al., Appellants, v PARISH LAND CO., INC., Respondent. SHIRLEY A. COOK et al., Appellants, v PARISH ENERGY FUELS, INC., Respondent. (Appeal No. 2.) [661 NYS2d 580] —Order unanimously affirmed without costs. Same Memorandum as in *Cook v Parish Land Co.* (239 AD2d 956 [decided herewith]). (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Summary Judgment.) Present—Denman, P. J., Green, Doerr, Balio and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTIN C. SMITH, Appellant. [661 NYS2d 807] —Judgment unanimously affirmed (*see, People v Wilcox,* 234 AD2d 1007, *lv denied* 89 NY2d 989). (Appeal from Judgment of Genesee County Court, Morton, J.—Attempted Assault, 2nd Degree.) Present—Pine, J. P., Lawton, Callahan, Doerr and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC PAUL WILLIAMS, Appellant. [661 NYS2d 807] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Criminal Mischief, 3rd Degree.) Present—Pine, J. P., Lawton, Callahan, Doerr and Balio, JJ.

■ In the Matter of ALBERT VASQUEZ, Petitioner, v̇ PHILIP COOMBE, JR., as Acting Commissioner of New York State Department of Correctional Services, Respondent. [661 NYS2d 800] —Determination unanimously confirmed without costs and petition dismissed (*see, Matter of Foster v Coughlin,* 76 NY2d 964, 966; *Matter of Rouse v Coughlin,* 219 AD2d 858, *lv denied* 87 NY2d 806). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Pine, J. P., Lawton, Callahan, Doerr and Balio, JJ.